**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TOMEKO MALONE, | No. 08-17451 |
| Plaintiff - Appellant, | D.C. No. 1:06-cv-00199-LJO-DLB |
| v. | |
| C/O PETERSON, | MEMORANDUM [*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Eastern District of California
Lawrence J. O'Neill, District Judge, Presiding

Submitted December 15, 2009 [**]

Before: GOODWIN, WALLACE and CLIFTON, Circuit Judges.

Tomeko Malone, a California state prisoner, appeals pro se from the district

court's summary judgment for defendants in his 42 U.S.C. § 1983 action alleging

that a prison official used excessive force against him when removing him from his

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

IL/RESEARCH

prison cell.  We have jurisdiction pursuant to 28 U.S.C. § 1291.  We review de novo an order granting summary judgment, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004), and we affirm.

The district court properly granted summary judgment on the Eighth Amendment claim because Malone failed to raise a triable issue as to whether Peterson's use of physical force was more than *de minimis*, and whether the force was used maliciously and sadistically to cause harm.  *See Hudson v. McMillian*, 503 U.S. 1, 9-10 (1992).

**AFFIRMED.**